1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  ANTHONY W. CHURCH
   Assistant U.S. Attorney
4  Arizona State Bar No. 021025
   Email: Anthony.Church@usdoj.gov
5  Two Renaissance Square
   40 N. Central Ave., Suite 1800
6  Phoenix, Arizona 85004
   Telephone: 602-514-7500
7  Attorneys for Plaintiff

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF ARIZONA

10

11                                      NO.   CR-24-8010-PCT-DWL (ASB)

12                                      **R E D A C T E D   I N D I C T M E N T**

13  United States of America,            VIO:
                                              18 U.S.C. §§ 1152 and 113(a)(3)
14                 Plaintiff,                  (CIR: Assault with a Dangerous
                                              Weapon)
15                                            Count 1

16        v.

17

18

19  Michael Gaspar,

20                 Defendant.

21

22

23

24  **THE GRAND JURY CHARGES:**

25        On or about August 6, 2023, in the District of Arizona, within the confines of the

26  Fort Apache Indian Reservation, Indian Country, the defendant, MICHAEL GASPAR, did

27  intentionally and knowingly assault the victim, John Doe, an Indian, with a dangerous

28  weapon, that is, a firearm, with the intent to do bodily harm.

1    In violation of Title 18, United States Code, Sections 1152 and 113(a)(3).

2

3                                              A TRUE BILL

4                                              s/
                                               _____
5                                              FOREPERSON OF THE GRAND JURY
                                               Date: January 30, 2024
6

7    GARY M. RESTAINO
     United States Attorney
8    District of Arizona

9

10   s/
     _____
11   ANTHONY W. CHURCH
     Assistant U.S. Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28